*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 17-BG-1251**

IN RE RODNEY MICHAEL JONES

**2017 DDN 192**

An Administratively Suspended Member of
the Bar of the District of Columbia Court of Appeals

Bar Registration No.   993968

BEFORE:  Beckwith, Associate Judge, and Washington and Farrell, Senior Judges.

### O R D E R
(FILED – January 25, 2018)

On consideration of the certified order of the Court of Appeals of Maryland disbarring respondent by consent from the practice of law in that jurisdiction; this court's December 5, 2017, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed, the response thereto, and the statement of Disciplinary Counsel; respondent's D.C. Bar R. XI, §14 (g) affidavit; and the December 29, 2017, letter from Disciplinary Counsel stating that any discipline should be imposed *nunc pro tunc* to December 5, 2017, it is

ORDERED that Rodney Michael Jones is hereby disbarred from the practice of law in the District of Columbia *nunc pro tunc* to December 5, 2017.  *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**